UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

## ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefor:

IT IS HEREBY ORDERED this action is reassigned from **Lawrence J. O'Neill** to **Senior Circuit Judge Arthur L. Alarcon** for all purposes.

The new case number for this action, which must be used on all future documents filed with the court is:

1:03-CV-05528-ALA

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **July 9, 2007**

_____
GARLAND E. BURRELL, JR.
United States District Judge