IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARRY JOE VANG,

      Petitioner,                      No. CIV-F-03-5528 ALA HC

      vs.

D.L. RUNNELS, Warden,

      Respondent.                  ORDER

_____/

      Respondent is hereby ordered to provide this Court with a copy of the trial proceedings before the Superior Court of Fresno County regarding the insufficiency of the evidence claim that was remanded by the California Court of Appeal in its decision dated March 2, 2001. *See People v. Vang*, 104 Cal. Rptr. 2d 704, 711 (Ct. App. 2001). The California Court of Appeal vacated the order denying the motion for new trial and "order[ed] a limited remand for a new hearing on defendant's motions for new trial on the question of the sufficiency of the evidence . . ." so that the trial court can conduct its own independent review of the record based on the 13th juror standard. *Id.*; *see also* Answer, Ex. C at 48-49.

/////

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent is directed to provide a copy of the requested Superior Court proceedings addressing the insufficiency of the evidence claim that the California Court of Appeal remanded

1 | in its decision within twenty-one days from the date of service of this order.

2 | /////

3 | DATED: November 21, 2007

          /s/ Arthur L. Alarcón
          UNITED STATES CIRCUIT JUDGE
          Sitting by Designation