IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRY JOE VANG,<br><br>                           Petitioner,<br><br>vs.<br><br>D.L. RUNNELS, Warden,<br><br>                           Respondent. | 1:03-CV-05528 ALA HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR ADDITIONAL TIME TO COMPLY WITH NOVEMBER 21, 2007, ORDER |

Respondent has requested additional time to comply with this Court's November 21, 2007, order. Good cause appearing, **IT IS HEREBY ORDERED** that Respondent shall have up to, and including, February 17, 2008, to comply.

/////

DATED: January 24, 2008

                                                                  /s/ Arthur L. Alarcón
                                                                   UNITED STATES CIRCUIT JUDGE
                                                                   Sitting by Designation