IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARRY JOE VANG,

    Petitioner,               1:03-cv-05528 ALA HC

    vs.

D.L. RUNNELS, Warden,

    Respondent.           <u>ORDER</u>

       Petitioner Carry Vang has requested an extension of time to file an application for a Certificate of Appealabity.  Good cause appearing, that request will be granted.

/////

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner's February 25, 2008, request for an extension of time is granted; and

       2. Petitioner is granted thirty (30) days from the date of this order to file an application for a Certificate of Appealability.

/////

DATED: February 27, 2008

                                        <u>/s/ Arthur L. Alarcón</u>
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1